**No. 64596.**—Air Clearance Association, Inc. *v.* United States, protest 59/33993 (New York).

Opinion by OLIVER, C. J. The protest was dismissed.

**No. 64597.**—Wolf Greenspan & Son, Inc. *v.* United States, protest 59/28387 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiff was sustained.

**No. 64598.**—Dux, Incorporated, and Frank P. Dow Co., Inc., et al. *v.* United States, protests 58/25800, etc. (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of furniture similar in all material respects to that the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim at 11 percent under the provision in paragraph 412, as modified, *supra*, for other furniture was sustained. The items marked "B," stipulated to consist of chairs the same as those in C.A.D. 669, *supra*, were held dutiable at 19 or 18 percent, depending upon the date of entry, under the provision in said paragraph, as modified, *supra*, for "Furniture, * * * Chairs."

BEFORE THE SECOND DIVISION, SEPTEMBER 29, 1960

**No. 64599.**—N. J. Magnam Corporation *v.* United States, protest 218639–K (Providence).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of tennis or badminton racket strings similar in all material respects to those the subject of Abstract 61832, the claim of the plaintiff was sustained.

**No. 64600.**—S. Stern Henry Co. *v.* United States, protests 59/27843, 59/28128, and 59/33830 (New York).